**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter ___7___

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **R.L. SURGENER, INC.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  RLS Industries** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **77-0522388** | |

| | |
|---|---|
| 4. Debtor's address | **Principal place of business** |

**Principal place of business**

**4201 Armour Avenue**
**Bakersfield, CA 93308**
Number, Street, City, State & ZIP Code

**Kern**
County

**Mailing address, if different from principal place of business**

**P.O. Box 5096**
**Bakersfield, CA 93388-5096**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **R.L. SURGENER, INC.**                                    Case number (*if known*) _____
         Name

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____ _____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor  **R.L. SURGENER, INC.**                                    Case number (*if known*) _____
        <sub>Name</sub>

---

**11.  Why is the case filed in this district?**    Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

        Contact name     _____

        Phone            _____

---

**⬛ Statistical and administrative information**

**13.  Debtor's estimation of available funds**    Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49           ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99          ☐ 5001-10,000      ☐ 50,001-100,000
☑ 100-199        ☐ 10,001-25,000    ☐ More than100,000
☐ 200-999

**15.  Estimated Assets**

☐ $0 - $50,000              ☑ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000              ☑ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

| Debtor | R.L. SURGENER, INC. | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 20, 2016**
　　　　　　　 MM / DD / YYYY

X /s/ Lester C. Surgener, II
Signature of authorized representative of debtor

Lester C. Surgener, II
Printed name

Title    **President**

**18. Signature of attorney**

X /s/ Leonard K. Welsh
Signature of attorney for debtor

Date **September 20, 2016**
　　　 MM / DD / YYYY

**Leonard K. Welsh**
Printed name

**Law Office of Leonard K. Welsh**
Firm name

**4550 California Avenue, Second Floor**
**Bakersfield, CA 93309**
Number, Street, City, State & ZIP Code

Contact phone **661-328-5328**    Email address  lwelsh@lkwelshlaw.com

**097954**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re   **R.L. SURGENER, INC.**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 8,000.00 |
   | Prior to the filing of this statement I have received | $ | 8,000.00 |
   | Balance Due | $ | 0.00 |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

September 20, 2016
*Date*

/s/ Leonard K. Welsh
**Leonard K. Welsh 097954**
*Signature of Attorney*
**Law Office of Leonard K. Welsh**
**4550 California Avenue, Second Floor**
**Bakersfield, CA 93309**
**661-328-5328  Fax: 661-760-9900**
**lwelsh@lkwelshlaw.com**
*Name of law firm*

---

**Fill in this information to identify the case:**

Debtor name  **R.L. SURGENER, INC.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 20, 2016**    X /s/ Lester C. Surgener, II
                                            Signature of individual signing on behalf of debtor

                                            **Lester C. Surgener, II**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **R.L. SURGENER, INC.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $     0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................. $     1,322,181.77

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $     1,322,181.77

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $     610,720.95

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $     39,452.68

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     1,281,670.91

4. **Total liabilities** ..........................................................................................
    Lines 2 + 3a + 3b

    $     1,931,844.54

**Fill in this information to identify the case:**

Debtor name    R.L. SURGENER, INC.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

                                                 Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank | Checking | 8004 | $200.00 |
| 3.2. | Rabobank | Checking | 6137 | $5,000.00 |

4.    Other cash equivalents *(Identify all)*

5.    **Total of Part 1.**                                             **$5,200.00**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.    Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

     **Security Deposit**

     **The Kralow Co Trust Acct**
     **P.O. Box 92969**
7.1.    **Los Angeles, CA 90009-2969**                                   $5,280.00

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    __R.L. SURGENER, INC._____     Case number *(If known)* _____
          Name

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.   **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.
                                                                   **$5,280.00**

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**
    ☐ No.  Go to Part 4.
    ☑ Yes Fill in the information below.

11.   **Accounts receivable**

    11a. 90 days old or less:  ____**425,648.68**____ - ____**0.00**____ = ....    **$425,648.68**
                     face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:  ____**42,228.09**____ - ____**0.00**____ =....    **$42,228.09**
                    face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.
                                                                   **$467,876.77**

**Part 4:    Investments**

13. **Does the debtor own any investments?**
    ☑ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☐ No.  Go to Part 6.
    ☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   Raw materials | | | | |
| 20.   Work in progress | | | | |
| 21.   Finished goods, including goods held for resale **Inventory** | | | | |
| 4201 Armour Avenue Bakersfield, CA and 752 Batavia Orange, CA | | $800,000.00 | Liquidation | $500,000.00 |
| 22.   Other inventory or supplies | | | | |

Debtor    **R.L. SURGENER, INC.**                                    Case number *(if known)* _____
          Name

| 23. | **Total of Part 5.** | | | | **$500,000.00** |
|---|---|---|---|---|---|

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture**<br>**Office furniture and fixtures**<br><br>4201 Armour Avenue<br>Bakersfield, CA<br>and<br>752 Batavia<br>Orange, CA | $0.00 | Liquidation | $7,970.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office equipment**<br><br>4201 Armour Avenue<br>Bakersfield, CA<br>and<br>752 Batavia<br>Orange, CA | $0.00 | Liquidation | $10,025.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | | **$17,995.00** |
|---|---|---|---|---|

Add lines 39 through 42. Copy the total to line 86.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    __R.L. SURGENER, INC._____    Case number *(If known)* _____
          Name

44.  Is a depreciation schedule available for any of the property listed in Part 7?
     ■ No
     ☐ Yes

45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?
     ■ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Machinery and equipment**<br>_____<br>4201 Armour Avenue<br>Bakersfield, CA<br>and<br>752 Batavia<br>Orange, CA | $0.00 | Liquidation | $45,830.00 |

51.  Total of Part 8.
     Add lines 47 through 50.  Copy the total to line 87.                           | $45,830.00 |

52.  Is a depreciation schedule available for any of the property listed in Part 8?
     ☐ No
     ■ Yes

53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?
     ■ No
     ☐ Yes

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

No.  Go to Part 10.
■ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

■ No.  Go to Part 11.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **R.L. SURGENER, INC.**                                              Case number *(if known)*
          Name

☐ Yes Fill in the information below.

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.**   **Notes receivable**<br>Description (include name of obligor) | |
| **72.**   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.**   **Interests in insurance policies or annuities** | |
| **74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Thomas J. Burgett**<br>**5325 Vineyard Drive**<br>**Passo Robles, CA 93446** | **Unknown** |
|    Nature of claim       Breach of fiduciary duties<br>   Amount requested            Unknown | |
| **76.**   **Trusts, equitable or future interests in property** | |
| **77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Abeinsa Holding, Inc.**<br><br>**Claim in Chapter 11 case filed by Abeinsa Holding, Inc.**<br>**Case No. 16-10790(KJC)**<br>**US Bankruptcy Court District of Delaware** | **$280,000.00** |

| **78.**   **Total of Part 11.**<br>    Add lines 71 through 77. Copy the total to line 90. | **$280,000.00** |
|---|---|

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Debtor   **R.L. SURGENER, INC.**
         _____
         Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,200.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,280.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $467,876.77 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $500,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,995.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $45,830.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $280,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,322,181.77 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $1,322,181.77 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Exhibit "1"

39. <u>Office Furniture and Fixtures</u>

Location:        Bakersfield, California

| | |
|---|---|
| (15) Cabinets | $3,000.00 |
| (10) Desks | $2,000.00 |
| (25) Chairs | $625.00 |
| (1) Conference Table and (6) Chairs | $300.00 |
| (1) Sign | $20.00 |
| (1) Refrigerator | $100.00 |
| (5) Bookcases | $100.00 |
| (1) Ice Machine | $500.00 |
| | |
| **TOTAL** | **$6,645.00** |

Location:        Orange, California

| | |
|---|---|
| (3) Desks | $600.00 |
| (5) Chairs | $600.00 |
| (5) Bookcases | $125.00 |
| | |
| **TOTAL** | **$1,325.00** |

Exhibit "2"

41. <u>Office Equipment including Computers</u>

Location:    Bakersfield, California

| | |
|---|---|
| (1) Server | $1,000.00 |
| (10) Desktop Computers | $2,500.00 |
| (10) Laptop Computers | $3,000.00 |
| (5) Printers | $500.00 |
| Monitors, keyboards, battery backup | $625.00 |
| 3D Imaging Systems Copier | $250.00 |
| (1) Telephone System | $500.00 |
| (1) Shop/Upgrade Comm. Horn | $50.00 |
| Phone Equipment to 32 lines | $500.00 |
| | |
| **TOTAL** | **$8,925.00** |

Location:    Orange, California

| | |
|---|---|
| (2) Desktop Computers | $500.00 |
| (1) Laptop Computer | $300.00 |
| (2) Printer/Copier/Scanner | $300.00 |
| | |
| **TOTAL** | **$1.100.00** |

Exhibit "3"

46    Machinery and Equipment

Location:    Bakersfield, California

| | |
|---|---|
| 1983 Samson 18/24" x 60" GeardHead Engine Lathe | $3,000.00 |
| 1980 San Yuen 10/22" x 80" cc GeardHead Gap Bed Engine Lath | $4,000.00 |
| KShecngy and Model #3 20/28" x 60" cc GeardHead Engine Lath | $3,500.00 |
| 1963 Sanford 6" x 18" HydrolcFeed Surface Grinder | $500.00 |
| American Steam Cleaner Model  515CHD – 5hp Motor | $75.00 |
| 1980 Jet Band Saw Model CM916 | $300.00 |
| 1942-Cincinnati No. 5 Plain Horizantal/Mill with Arbr Sprt | $3,000.00 |
| Dufour No. 51 Unirs/Horznt/Mill with Vertical Milling Attach. | $600.00 |
| Trinco Dry Blast Cabinet Model 48-BRP | $200.00 |
| Clean-N-Peen Bead Blaster Model 824-F | $300.00 |
| Trin Mac Model No. 7 60" x 24" Bead Blast Machine | $500.00 |
| Millermatic 200 CV, DC Welding Power Source Wire Feeder | $700.00 |
| 2 Lincoln AC-225 Amp Welder | $200.00 |
| Job Crane 12' with Budget 1 Ton Manual Chain/Hoist | $600.00 |
| 50 Ton Porrable Press, Enerpac & Black Hawk Cylinder | $1,000.00 |
| 25 Ton Hyraulic Press-Bench HC256C | $500.00 |
| Chicago Floor Drill Press with 2 HP Motor-Model A1-22 | $80.00 |
| Chicago Floor Drill Press with 2 HP Motor-Model A1-25 | $150.00 |
| Vise 5" Drill Press, Vise 6" Swivel Base Mill, Vise 4 | $125.00 |
| Rotory Table, 12' Horizontal | $200.00 |
| Van Norman 10" Dividing Head/3 Indes Plates | $500.00 |
| Sunnen Hone | $1,500.00 |
| Bar Stock Storage Rack | $100.00 |
| Steel Work Table 4' x 8' | $200.00 |
| Dayton 10' Bench Grinder with 1 HP Motor-Model 42912A | $100.00 |
| Miscellaneous power tools, drills, sanders, etc. | $3,000.00 |
| Steel Frame Racking with Wood Shelving-12 pair beams | $400.00 |
| Steel Frame Racking with Wood Shelving – 15 pair beams | $1,200.00 |
| Miscellaneous hand tools | $500.00 |
| C-train Storage | $500.00 |
| Hydro Pump for Press | $300.00 |
| Frame | $4500.00 |
| | |
| **TOTAL** | **$28,330.00** |

Location:        Orange, California

| | |
|---|---|
| Mitsubishi Forklift – Model FG15 | $2,000.00 |
| (15) Various Submersible Rental Pumps | $2,500.00 |
| Komatsu Forklift FG251 (Rated @ 4700 lbs) | $2,500.00 |
| Lathe Acra-Turn-Model GH-144-A 10" | $2,000.00 |
| Lincoln Arc Welder with Feed SP200 | $2,000.00 |
| Drill Press-SX 12 speed | $1,750.00 |
| Table Band Saw | $500.00 |
| Sand Blast Cabinet | $500.00 |
| 30 Ton Hydraulic Press | $1,500.00 |
| (16) Pallet Racks | $250.00 |
| Toledo 350 lb Commercial Scale | $500.00 |
| Overhead Crane | $750.00 |
| Overhead Crane | $750.00 |
| | |
| **TOTAL** | **$17,500.00** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>R.L. SURGENER, INC.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1   Wells Fargo Bank**
Creditor's Name

**Credit Management Group**
**1298 East 14th Street, 4th Floor**
**Suite 400**
**San Leandro, CA 94577**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Accounts receivable, machinery, equipment, furniture**

**Describe the lien**
**UCC Financing Statement filed 6/22/2004**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$610,720.95**     Column B: **$991,673.55**

**3.**  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$610,720.95**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **R.L. SURGENER, INC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors** who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,452.68** | **$12,850.00** |
|---|---|---|---|---|
|  | **Lester C. Surgener, II**<br>**7000 De Meo**<br>**Bakersfield, CA 93308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Wages**<br>**2/1/2016 - 7/10/2016** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |  |  |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148.02** |
|---|---|---|---|
|  | **3D Imaging Systems**<br>**4525 New Horizens Blvd., Suite 1**<br>**Bakersfield, CA 93313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: **Copier**<br>Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$555.05** |
|---|---|---|---|
|  | **A&G Compressor Parts, Inc.**<br>**13671 Bora Drive**<br>**Santa Fe Springs, CA 90670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: **Purchase of products**<br>Is the claim subject to offset? ■ No ☐ Yes |  |

Debtor   **R.L. SURGENER, INC.**
_____   Case number (if known) _____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,409.00** |

**A&W Electric Motor Service, Inc.**
**4623 Hampton Street**
**Los Angeles, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$374.76** |

**A1 Battery**
**6630 Rosedale Highway**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Repairs and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$850.00** |

**Abacus IMT, Inc.**
**7001 Downing Avenue**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,482.71** |

**Accurate Air Eng.**
**P.O. Box 5099**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$390.00** |

**Ace Control**
**6077 Coffee Road No. 4**
**PMB 96**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45.17** |

**Ace Hydraulic**
**P.O. Box 5097**
**Bakersfield, CA 93388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$453.62** |

**Airgas USA, LLC**
**P.O. Box 7423**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Purchase of supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **R.L. SURGENER, INC.**                                          Case number (if known) _____
         Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**American Express**
Box 0001
Los Angeles, CA 90096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1002**

Basis for the claim:  **Credit Card Purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,162.45 |
|---|---|---|---|

**American Safety Services**
3209 Landco Drive
Bakersfield, CA 93308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,593.11 |
|---|---|---|---|

**AmeriPride Services**
P.O. Box 130
Bemidji, MN 56619-0130

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1600**

Basis for the claim:  **Uniform services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $764.10 |
|---|---|---|---|

**AmerPride - Socal**
P.O. Box 908
Bemidji, MN 56619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Uniform services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,674.16 |
|---|---|---|---|

**Applied Industrial Technologies**
P.O. Box 100538
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.73 |
|---|---|---|---|

**Atlas Copco So CA**
Dept. CH 19511
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.41 |
|---|---|---|---|

**B & R Tool & Supply, Inc.**
1711 Callens Road
Ventura, CA 93003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **R.L. SURGENER, INC.**
Name                                                         Case number (if known)

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.60 |

**Baldor Electric**
**26827 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Purchase of supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**BARC Industries**
**2240 S. Union Avenue**
**Bakersfield, CA 93307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Purchase of supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,411.00 |

**Barmesa Pumps, Inc.**
**1209 S. 10th Street, Suite A 336**
**McAllen, TX 78501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Purchase of product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,243.27 |

**Barnes Welding Supply**
**5150 Rosedale Highway**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Purchase of supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,438.40 |

**BG&S West**
**P.O. Box 80573**
**Bakersfield, CA 93380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Purchase of product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.24 |

**Big O Tires**
**P.O. Box 20007**
**Bakersfield, CA 93380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Repairs and maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.50 |

**Branson Texaco Express Lupe**
**5651 Auburn**
**Bakersfield, CA 93306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Repairs and maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **R.L. SURGENER, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $499.29 |
|---|---|---|---|

**Brian's Smog Check and Automotive**
615 E 21st Street
Bakersfield, CA 93305

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.00 |
|---|---|---|---|

**Budget Bolt**
4124 Rosedale Highway
Bakersfield, CA 93308

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,206.97 |
|---|---|---|---|

**C.H. Spencer & Company**
P.O. Box 26066
Salt Lake City, UT 84125

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,912.85 |
|---|---|---|---|

**Cameron/NuFlo**
**Measurement Systems Division**
P.O. Box 730172
Dallas, TX 75373

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.71 |
|---|---|---|---|

**Carquest Auto Parts**
P.O. box 404875
Atlanta, GA 30384

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.32 |
|---|---|---|---|

**Carroll's Tire Warehouse**
981 W North Grand
Porterville, CA 93257

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.04 |
|---|---|---|---|

**CED**
P.O. Box 339
Rancho Cucamonga, CA 91729

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **R.L. SURGENER, INC.**                                              Case number *(if known)*
_____
Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $827.00 |

**CenCal Machine Company**
19444 Columbo Street
Bakersfield, CA 93308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.22 |

**Central Supply Company**
P.O. Box 1085
Fresno, CA 93714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Purchase of supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,926.48 |

**Chemsearch**
P.O. Box 152170
Irving, TX 75015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,685.50 |

**Chicago Industrial Pump**
822 Schneider Drive
South Elgin, IL 60177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,826.65 |

**Clem's Tire & Road Service**
407 Harrison Street
Taft, CA 93268

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Repairs and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,128.42 |

**Coker Pump & Equipment**
1055 Third Street
Oakland, CA 94607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.17 |

**Combined Fluid Products**
805 Oakwood Road, Suite F
Lake Zurich, IL 60047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **R.L. SURGENER, INC.**
_____    Case number (if known) _____
Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.39 |

**3.38** | Nonpriority creditor's name and mailing address

**Compressorparts.com**
**10349 Industrial Road**
**Holland, OH 43528**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

$224.39

---

**3.39** | Nonpriority creditor's name and mailing address

**Constructed Air Mechanical**
**3121 E. La Palma Avenue, Suite 1**
**Anaheim, CA 92806**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ■ No ☐ Yes

$260.30

---

**3.40** | Nonpriority creditor's name and mailing address

**Controlled Motion Solutions**
**911 North Poinsettia Street**
**Santa Ana, CA 92701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

$189.73

---

**3.41** | Nonpriority creditor's name and mailing address

**Coorstek, Inc.**
**P.O. Box 91151515**
**Denver, CO 80291**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

$2,805.23

---

**3.42** | Nonpriority creditor's name and mailing address

**County of Orange**
**Attn: Treasurer Tax Collector**
**P.O. Box 1438**
**Santa Ana, CA 92702**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property taxes**

Is the claim subject to offset? ■ No ☐ Yes

$444.96

---

**3.43** | Nonpriority creditor's name and mailing address

**CSI , Inc.**
**2700 N. Partnership Blvd.**
**Springfield, MO 65803**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Safety services**

Is the claim subject to offset? ■ No ☐ Yes

$1,348.39

---

**3.44** | Nonpriority creditor's name and mailing address

**D.R. Bender Co.**
**P.O. Box 80994**
**Bakersfield, CA 93380**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting services**

Is the claim subject to offset? ■ No ☐ Yes

$19,100.00

---

Debtor    **R.L. SURGENER, INC.**                                                Case number (if known) _____
          Name

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $125.16 |

**Daniels Tire**
4101 Armour Avenue
Bakersfield, CA 93308

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Repairs and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $54.75 |

**Delta Liquid Energy**
P.O. Box 88
3400 Buck Owens Blvd.
Bakersfield, CA 93308

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $188.16 |

**Direct Safety Solutions, Inc.**
6650 Meany Avenue
Bakersfield, CA 93308

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Purchase of safety supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27,422.56 |

**Distribution NOW**
Attn: Dist A/P
P.O. Box 40985
Houston, TX 77240

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $312.50 |

**Eagles Trucking**
700 Majors Court
Bakersfield, CA 93308

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,859.39 |

**Ebara International Corp**
Dept. LA  23208
Pasadena, CA 91185

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,477.34 |

**Exterran-1**
Archrock
P.O. Box 201160
Dallas, TX 75230

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    __R.L. SURGENER, INC.__                                    Case number (if known) _____
            Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,264.28 |
|------|---|---|---|

**F&H Food Equipment Company**
P.O. Box 3985-G.S
Springfield, MO 65808

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | | $117.92 |

**Fedex**
P.O. Box 7221
Pasadena, CA 91109

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | | $205.43 |

**Ferguson Enterprises, Inc.**
P.O. Box 9285
Hampton, VA 23670

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | | $427.75 |

**First Choice Services**
4800 New Horizon Blvd., Ste. C
Bakersfield, CA 93313

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | | $1,513.99 |

**Flowserve US, Inc.**
4179 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | | $210.00 |

**Freeway Machine**
1365 Santiago Avenue
Santa Ana, CA 92701

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | | $865.00 |

**GCI Equipment Rental**
6045 Rosedale Highway
Bakersfield, CA 93308

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **R.L. SURGENER, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.25 |
|---|---|---|---|

**Global Tranz**
P.O. Box 203285
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,613.50 |
|---|---|---|---|

**Grainger, Inc.**
Dept. 848459392
Palatine, IL 60038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Purchase of parts**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,889.35 |
|---|---|---|---|

**Greg's Petroleum Services, Inc.**
P.O. Box 307
Delano, CA 93216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Purchase of fuel**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,131.50 |
|---|---|---|---|

**Harbor Seal**
909 South Myrtle Avenue
Monrovia, CA 91016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Purchase of parts**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,232.47 |
|---|---|---|---|

**Harrington Industrial Plastics**
2221 Celsius Avenue, Ste. A
Oxnard, CA 93030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Purchase of product**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.01 |
|---|---|---|---|

**HDS White Cap Construction Supply**
P.O. Box 6040
Cypress, CA 90630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Purchase of parts**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,732.00 |
|---|---|---|---|

**Heffernan Insurance Brokers**
P.O. Box 4006
Walnut Creek, CA 94596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Insurance premium**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **R.L. SURGENER, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.66** | Nonpriority creditor's name and mailing address

**Hoerbiger Service, Inc.**
**25057 Anza Drive**
**Valencia, CA 91355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$393.17**

---

**3.67** | Nonpriority creditor's name and mailing address

**Hoffmeyer Company**
**1050 Aladdin Avenue**
**San Leandro, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,788.25**

---

**3.68** | Nonpriority creditor's name and mailing address

**Hollywood Delivery Service**
**2828 S. Willow Avenue**
**Bloomington, CA 92316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$110.23**

---

**3.69** | Nonpriority creditor's name and mailing address

**Home Depot**
**P.O. Box 9055**
**Des Moines, IA 50368**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,251.37**

---

**3.70** | Nonpriority creditor's name and mailing address

**Hortencia Hernandez**
**c/o Donald T. Dunham, Esq.**
**Law Offices of Donald T. Dunham & Assoc**
**8632 East Valley Blvd., Suite P**
**Rosemead, CA 91770**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Complaint-Los Angeles County Superior Court Case No. BC587048**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.71** | Nonpriority creditor's name and mailing address

**JB Equipment**
**4337 E. Grand River Avenue, Suite 226**
**Howell, MI 48843**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No  ☐ Yes

**$436.44**

---

**3.72** | Nonpriority creditor's name and mailing address

**Jisco**
**P.O. Box 209**
**Fresno, CA 93708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ■ No  ☐ Yes

**$154.67**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **R.L. SURGENER, INC.**                                Case number (if known) _____
              Name

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $604.61 |

**3.73** Nonpriority creditor's name and mailing address

**Kern Packing & Gasket Supply**
3131 Jewett Avenue
Bakersfield, CA 93301

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ☐ No ☐ Yes

**$604.61**

---

**3.74** Nonpriority creditor's name and mailing address

**Kern Pipe & Supply**
P.O. Box 81315
Bakersfield, CA 93380

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ☑ No ☐ Yes

**$110.59**

---

**3.75** Nonpriority creditor's name and mailing address

**Kisco Sales**
301 Sumner Street
Bakersfield, CA 93305

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ☑ No ☐ Yes

**$927.95**

---

**3.76** Nonpriority creditor's name and mailing address

**Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball**
4550 California Avenue, Second Floor
Bakersfield, CA 93309

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ☑ No ☐ Yes

**$272.00**

---

**3.77** Nonpriority creditor's name and mailing address

**LeBeau Thelen**
P.O. Box 12092
Bakersfield, CA 93389

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Attorneys fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$197.50**

---

**3.78** Nonpriority creditor's name and mailing address

**Leslie's Pool Supply**
P.O. Box 501162
Saint Louis, MO 63150

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,277.75**

---

**3.79** Nonpriority creditor's name and mailing address

**Level 3 Communication**
P.O. Box 910182
Denver, CO 80291

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ☑ No ☐ Yes

**$726.59**

---

Debtor  **R.L. SURGENER, INC.**                                                      Case number (if known) _____
         Name

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,299.38 |

**3.80**

Nonpriority creditor's name and mailing address
**McKee Electric, Inc.**
**1406 North Chester Avenue**
**Bakersfield, CA 93308**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal fees paid in 2015**

Is the claim subject to offset? ■ No ☐ Yes

$17,299.38

---

**3.81**

Nonpriority creditor's name and mailing address
**Mechanical Seal Repair**
**3188 Orange Avenue**
**Signal Hill, CA 90755**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of parts**

Is the claim subject to offset? ■ No ☐ Yes

$907.16

---

**3.82**

Nonpriority creditor's name and mailing address
**Melo's Gas & Gear**
**4580 State Road**
**Bakersfield, CA 93308**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

$3,835.13

---

**3.83**

Nonpriority creditor's name and mailing address
**Midwest Pump & Meter Co, Inc.**
**2000 S. Broadway Street**
**Saint Louis, MO 63104**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

$957.28

---

**3.84**

Nonpriority creditor's name and mailing address
**Mitchell Lewis & Staver**
**P.O. Box 621**
**Wilsonville, OR 97070**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

$1,062.10

---

**3.85**

Nonpriority creditor's name and mailing address
**MP Pumps**
**34800 Bennett Drive**
**Fraser, MI 48026**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

$394.39

---

**3.86**

Nonpriority creditor's name and mailing address
**Napa Auto Parts**
**File 56893**
**Los Angeles, CA 90074**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of parts**

Is the claim subject to offset? ■ No ☐ Yes

$46.14

---

| Debtor | **R.L. SURGENER, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.87 | Nonpriority creditor's name and mailing address<br>**National Registered Agents, Inc.**<br>P.O. Box 4349<br>Carol Stream, IL 60197<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Purchase of parts**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$409.50** |
| 3.88 | Nonpriority creditor's name and mailing address<br>**Nestle Pure Life**<br>6661 Dixie Highway, Suite 4<br>Louisville, KY 40258<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services rendered**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$74.49** |
| 3.89 | Nonpriority creditor's name and mailing address<br>**O'Reilly's Auto Parts**<br>P.O. Box 9464<br>Springfield, MO 65801<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Repairs and maintenance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$296.36** |
| 3.90 | Nonpriority creditor's name and mailing address<br>**Pac Machine Co**<br>8570 23rd Avenue<br>Sacramento, CA 95826<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Purchase of product**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$27,708.96** |
| 3.91 | Nonpriority creditor's name and mailing address<br>**Pacific Power, Inc.**<br>P.O. Box 2750<br>Bakersfield, CA 93303<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Purchase of product**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$346.60** |
| 3.92 | Nonpriority creditor's name and mailing address<br>**PCM USA, Inc.**<br>11940 Brittmoore Park Drive<br>Houston, TX 77041<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Purchase of parts**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$218.98** |
| 3.93 | Nonpriority creditor's name and mailing address<br>**Peerless Pump**<br>P.O. Box 644419<br>Pittsburgh, PA 15264<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Purchase of product**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | **R.L. SURGENER, INC.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,517.65** |
|---|---|---|---|

**Pentair Flow Technologies**
13771 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$798.69** |
|---|---|---|---|

**Pitney Bowes/Purchase Power**
P.O. Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Postage services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,881.21** |
|---|---|---|---|

**Praxair Services, Inc.**
P.O. Box 91385
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$190,820.26** |
|---|---|---|---|

**Praxair-H2S**
P.O. Box 417518
Boston, MA 02241

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,674.87** |
|---|---|---|---|

**Preferred Pump & Equipment**
P.O. Box 849393
Los Angeles, CA 90084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$204.26** |
|---|---|---|---|

**Proforma**
P.O. Box 51925
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Printing services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130.00** |
|---|---|---|---|

**Qik Smog**
500 South 10th Street
Taft, CA 93268

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Repairs and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **R.L. SURGENER, INC.**                                    Case number (if known) _____
                 Name

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,208.42 |

**Quincy Compressor, LLC**
**Department 3427 - Lockbox 893427**
**P.O. Box 12347**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Purchase of product**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.61 |

**Rain for Rent - Bakersfield Ag**
**File 52541**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Purchase of parts**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,065.80 |

**Reece and Sons Constuction**
**5550 Gusher Court**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Rhino Valves**
**PMB 96**
**6077 Coffee Road**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Purchase of product**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $488.00 |

**San Joaquin Tires and Wheels**
**230 Golden State Avenue**
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Repairs and maintence**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.00 |

**Sanford, Semchak & Speights**
**1125 W. Columbus Street**
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Purchase of parts**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,877.70 |

**Shaw Pump and Supply, Inc.**
**20610 Manhattan Place No. 124**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Purchase of product**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **R.L. SURGENER, INC.**
       Name                                                    Case number (if known) _____

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $581.38 |

**SJE-Rhombus**
**22650 County Highway 6**
**P.O. Box 1708**
**Detroit Lakes, MN 56502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Purchase of product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.91 |

**Southern California Barricades**
**5930 Lakeshore Drive**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Purchase of supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.25 |

**Speed A Way Smog**
**5260 Rosedale Highway**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,282.10 |

**Statco Engineering**
**Dept. 982**
**P.O. Box 29901**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Purchase of product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $515.41 |

**Tatung Electric Company**
**14381 Chambers Road**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,796.04 |

**The Kralow Co Trust Acct**
**Kralow Company Trust Account No. 2**
**17910 Skypark Circle, Suite 200**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,066.00 |

**Thomas Anton Associates**
**1600 G Street**
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorneys fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **R.L. SURGENER, INC.**
_____   Case number (if known) _____
Name

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**Thomas P. Bell Consulting Services**
**14906 Via Messina Drive**
**Bakersfield, CA 93306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consulting services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.50 |

**Thompson Industrial Supply, Inc.**
**3941 East La Palma Avenue**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Purchase of supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,703.00 |

**Travelers**
**13607 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525,300.00 |

**Trustee of the 1998**
**Ronald L. Surgener Trust**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Loans**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,629.09 |

**Tsurumi Pump**
**1625 Fullerton Court**
**Glendale Heights, IL 60139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $590.56 |

**U-Line**
**P.O. Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Freight services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,595.68 |

**UCI Construction**
**3900 Fruitvale Avenue**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Complaint-Kern County Superior Court**
**Case No. BCV-16-101589**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **R.L. SURGENER, INC.**                                           Case number (if known) _____
              Name

| | | |
|---|---|---|
| **3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,158.85** |

**Ultrachem, Inc.**
**900 Centerpoint Blvd.**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$410.85** |

**UPS**
**P.O. Box 89480**
**Los Angeles, CA 90189-4820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Shipping Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$154.40** |

**UPS Freight**
**P.O. Box 533238**
**Charlotte, NC 28290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Shipping services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,107.59** |

**V-Power Equipment, Inc.**
**4201 West Capitol Avenue**
**West Sacramento, CA 95691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Purchase of product**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$651.85** |

**Valin Corporation**
**6509 Sierra Lane**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Purchase of product**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,887.26** |

**Verizon Wireless**
**P.O. Box 660108**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cell phone services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,032.67** |

**Waukesha-Pearce Industries, Inc.**
**P.O. Box 35068**
**Houston, TX 77235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Purchase of product**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **R.L. SURGENER, INC.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.129**   Nonpriority creditor's name and mailing address

**Weil Aquatronics, Inc.**
115 East Palmer Avenue, No C
Glendale, CA 91205

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

**$8,727.60**

---

**3.130**   Nonpriority creditor's name and mailing address

**Wells Fargo BAnk**
Credit Management Group
1298 East 14th Street, Suite 400
San Leandro, CA 94577

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card Purchases
Acct Nos. 4124, 1508, 4746, 4710, and 7548**

Is the claim subject to offset? ■ No ☐ Yes

**$40,871.35**

---

**3.131**   Nonpriority creditor's name and mailing address

**Western Hydro Corp**
3449 Enterprises Avenue
Hayward, CA 94545

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

**$27,616.35**

---

**3.132**   Nonpriority creditor's name and mailing address

**Westmark Enterprises, Inc.**
13454 Imperial Highway
Santa Fe Springs, CA 90670

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

**$6,271.53**

---

**3.133**   Nonpriority creditor's name and mailing address

**Wholesale Fuels, Inc.**
P.O. Box 82277
Bakersfield, CA 93308

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of fuel**

Is the claim subject to offset? ■ No ☐ Yes

**$3,544.64**

---

**3.134**   Nonpriority creditor's name and mailing address

**Williams Cleaning Systems**
6531 Duncan Way
Bakersfield, CA 93308

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$57.56**

---

**3.135**   Nonpriority creditor's name and mailing address

**Wilson's Industrial Pump, Inc.**
P.O. Box 81797
Bakersfield, CA 93380

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of product**

Is the claim subject to offset? ■ No ☐ Yes

**$1,122.61**

---

Debtor   **R.L. SURGENER, INC.**                                     Case number (if known) _____
         Name

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,255.73 |

3.136   Nonpriority creditor's name and mailing address
        **Worldwide Express**
        **910 Hampshire road, Suite V**
        **Westlake Village, CA 91361**

        Date(s) debt was incurred _
        Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     $1,255.73
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

3.137   Nonpriority creditor's name and mailing address
        **Yamada America, Inc.**
        **955 East Algonquin Road**
        **Arlington Heights, IL 60005**

        Date(s) debt was incurred _
        Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     $13.86
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **purchase of parts**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Michael Peterson**<br>**Aron, Sadowsky & Marks**<br>**551 NW 77th Street, Suite 200**<br>**Boca Raton, FL 33487** | Line **3.97**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **UCI Construction, Inc.**<br>**c/o Ethan K. Friedman, Esq.**<br>**2121 N. California Blvd., Suite 875**<br>**Walnut Creek, CA 94596** | Line **3.121**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 39,452.68 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,281,670.91 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,321,123.59 |

**Fill in this information to identify the case:**

Debtor name    **R.L. SURGENER, INC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Commercial Description: 4201 Armour Avenue, Bakersfield, CA Terms: Month-to-month tenantcy - $4,706.95 per month** | |
|---|---|---|---|
| | State the term remaining | | **James W. Boylan, Inc. P.O. Box 668 Bakersfield, CA 93302** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Commercial Lease Description: 752 Batavia, Orange, CA Terms: $5,500.00 per month** | |
|---|---|---|---|
| | State the term remaining | **3 months** | **The Kralow Co Trust Acct Kralow Company Trust Account No. 200 17910 Skypark Circle, Suite 200 Irvine, CA 92614** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **R.L. SURGENER, INC.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Greg Surgener** | **1324 Enslay Drive**<br>**Bakersfield, CA 93312** | **Wells Fargo Bank** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Joseph Ziemann, Successor Trustee of the** | **Ronald L. Surgener 1998 Revocable Living Trust**<br>**3939 Bernard Street, Suite 5**<br>**Bakersfield, CA 93306** | **Wells Fargo Bank** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Lester Surgener** | **7000 DeMeo**<br>**Bakersfield, CA 93308** | **Wells Fargo Bank** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Surgener Electric, Inc.** | **1406 North Chester Avenue**<br>**Bakersfield, CA 93308** | **Wells Fargo Bank** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |

Debtor   **R.L. SURGENER, INC.**                                          Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.5 | Thomas J. Burgett | 5825 Vineyard Drive<br>Paso Robles, CA 93446 | Wells Fargo Bank | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |

| Debtor name | **R.L. SURGENER, INC.** |
| --- | --- |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,098,500.00** |
    | **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$9,611,000.00** |
    | **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$22,973,000.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    | --- | --- | --- | --- |

Debtor    **R.L. SURGENER, INC.**_____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Flo-Line Technology<br>11822 Kemper Road<br>Auburn, CA 95603 | 7/13/2016 -<br>8/19/2016 | $6,545.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. Greg's Petroleum Service, Inc.<br>P.O. Box 307<br>Delano, CA 93216 | 6/24/2016 -<br>9/2/2016 | $7,884.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ Purchase of fuel |
| 3.3. James W. Boylan, Inc.<br>P.O. Box 668<br>Bakersfield, CA 93302 | 6/30/2016 -<br>8/29/2016 | $14,120.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ Rent |
| 3.4. Pac Machine Co., Inc.<br>8570 23rd Avenue<br>Sacramento, CA 95826 | 6/24/2016 -<br>9/9/2016 | $21,029.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. Preferred Pump & Equipment<br>P.O. Box 849393<br>Los Angeles, CA 90084 | 7/29/2016 -<br>8/24/ 2016 | $9,083.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. Quincy Compressor, LLC<br>Department 3427 - Lockbox 893427<br>P.O. Box 12347<br>Dallas, TX 75312 | 6/24/2016 -<br>9/9/2016 | $49,131.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. Surface Pumps<br>P.O. Box 5757<br>Bakersfield, CA 93388 | 7/11/2016 -<br>8/16/2016 | $11,295.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. The Kralow Co Trust Acct<br>17910 Skypark Circle, Suite 200<br>Irvine, CA 92614 | 6/30/2016 -<br>8/23/2016 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ Rent |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor __R.L. SURGENER, INC.__            Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9.   **Tsurumi Pump** <br> 1625 Fullerton Court <br> Glendale Heights, IL 60139 | 6/24/2016 - <br> 9/9/2016 | $17,968.80 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.10.   **Wells Fargo Bank** <br> Credit Management Group <br> 1298 East 14th Street, Suite 400 <br> San Leandro, CA 94577 | 6/20/2016 - <br> 9/16/2016 | $87,571.21 | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other__ |
| 3.11.   **Western Hydro Corp** <br> 3449 Enterprise Avenue <br> Hayward, CA 94545 | 6/30/2016 - <br> 8/9/2016 | $23,334.61 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.12.   **Board of Equalization** <br> P.O. Box 942879 <br> Sacramento, CA 94279-0056 | 8/5/2016 - <br> 8/19/2016 | $62,754.11 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other__Sales taxes__ |
| 3.13.   **Nevada Department of Taxation** <br> P.O. Box 52609 <br> Phoenix, AZ 85072 | 8/19/2016 | $16,093.04 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other__Sales taxes__ |
| 3.14.   **Employment Development Department** <br> PO Box 826900, MIC 92E <br> Sacramento, CA 94280 | 6/29/2016 - <br> 9/16/2016 | $8,439.25 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other__Payroll taxes__ |
| 3.15.   **Internal Revenue Service** <br> Ogden, UT 84201-0030 | 6/29/2016 - <br> 9/16/2016 | $56,506.80 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other__Payroll taxes__ |
| 3.16.   **Nationwide** <br> One Nationwide Plaza <br> Columbus, OH 43215-2220 | 6/24/2016 - <br> 9/1/2016 | $7,562.20 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other__401(k) for employees__ |

Debtor   **R.L. SURGENER, INC.**                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17 **Ford Credit**<br>P.O. Box 7172<br>Pasadena, CA 91109 | 7/13/2016 -<br>8/29/2016 | $9,560.63 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18 **Grapevine MSP**<br>P.O. Box 81054<br>Bakersfield, CA 93380 | 7/15/2016 -<br>8/24/2016 | $10,343.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19 **Sulzer-Ansi Pumps**<br>P.O. Box 2069<br>Easley, SC 29641 | 9/6/2016 | $61,846.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Purchase of product for customer** |
| 3.20 **V-Power Equipment, Inc.**<br>4201 West Capitol Avenue<br>West Sacramento, CA 95691 | 6/24/2016 -<br>9/2/2016 | $11,114.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21 **Worldwide Electric Corp**<br>P.O. Box 932500<br>Cleveland, OH 44193 | 7/1/2016 -<br>9/2/2016 | $8,081.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | R.L. SURGENER, INC. | | Case number *(if known)* | |

debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |

---

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | HORTENCIA HERNANDEZ<br>vs.<br>AARON HARTLEY; RL<br>SURGENER, INC., and DOES<br>1 to 20<br>BC587048 | Complaint | Los Angeles County<br>Superior Court<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | UCI CONSTRUCTION, INC.<br>vs.<br>R.L. SURGENER, INC. dba<br>RLS INDUSTRIES<br>BCV-16-101589 | Complaint | Kern County Superior Court<br>1415 Truxtun Avenue<br>Bakersfield, CA 93307 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor    R.L. SURGENER, INC.    Case number *(if known)* _____

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of Leonard K. Welsh 4550 California Avenue, Second Floor Bakersfield, CA 93309 | $450.00 $4,550.00 $1,535.00 $1,500.00 General Business | 3/31/2016 4/30/2016 6/8/2016 8/24/2016 | $8,035.00 |
| | Email or website address lwelsh@lkwelshlaw.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Law Offices of Leonard K. Welsh 4550 California Avenue, Second Floor Bakersfield, CA 93309 | $8,000.00 - attorneys fees $500.00 - cost advance Chapter 7 case | 8/24/2016 | $8,500.00 |
| | Email or website address lwelsh@lkwelshlaw.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | See attached Exhibit "A" | | | $0.00 |
| | Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    R.L. SURGENER, INC.                                          Case number *(if known)*

■ Does not apply

Address                                                    Dates of occupancy
                                                           From-To

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    R.L. SURGENER, INC.                                    Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | | Dates business existed |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

Debtor    **R.L. SURGENER, INC.**    Case number *(if known)*

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Thomas J. Burgett** **5325 Vineyard Drive** **Paso Robles, CA 93446** | **8/2014 - 2/2016** |
| 26a.2. **Annette Silvey** **5716 Cypress Point Drive** **Bakersfield, CA 93309** | **8/2014 - 2/2016** |
| 26a.3. **Sandra Cortez** **1406 North Chester** **Bakersfield, CA 93308** | **1/2016 - Present** |
| 26a.4. **Deborah Bender** **27340 Deer Trail Drive** **Tehachapi, CA 93561** | **8/2014 - Present** |
| 26a.5. **Troy Marsh Accountancy Corporation** **9720 Brimhall Road, No. 100** **Bakersfield, CA 93312** | **2006 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Lester C. Surgener, II** **7000 DeMeo** **Bakersfield, CA 93308** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor    R.L. SURGENER, INC.                                                      Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lester C. Surgener, II | 7000 DeMeo<br>Bakersfield, CA 93308 | President, Director, and Shareholder | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gregory R. Surgener | 1324 Enslay Drive<br>Bakersfield, CA 93312 | Shareholder | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas Bell | 14906 Via Messina Drive<br>Bakersfield, CA 93306 | Director | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Deborah R. Bender | 27340 Deer Trail Drive<br>Tehachapi, CA 93561 | Director. Secretary/Treasurer | None |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Thomas J. Burgett | 5825 Vineyard Drive<br>Paso Robles, CA 93446 | Director, President, Secretary | 7/2012 - 2/2016 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Lester C. Surgener, II<br>7000 DeMeo<br>Bakersfield, CA 93308 | $11,000.00 | 8/2015 -<br>8/2016 | Wages |
| | **Relationship to debtor**<br>President | | | |
| 30.2. | Lester C. Surgener, II<br>7000 DeMeo<br>Bakersfield, CA 93308 | $31,718.17 | 10/14/2015 -<br>8/19/2016 | C-10 License consulting and reimbursement for fuel |
| | **Relationship to debtor**<br>President | | | |

Debtor   **R.L. SURGENER, INC.**_____   Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3 **Deborah R. Bender**<br>· **27340 Deer Trail Drive**<br>**Tehachapi, CA 93561** | **$23,880.00** | **8/2015 -**<br>**8/2016** | **Wages** |
| **Relationship to debtor**<br>**Director, Secretary/Treasurer** | | | |
| 30.4 **Deborah R. Bender**<br>· **D R Bender Co**<br>**P.O. Box 80994**<br>**Bakersfield, CA 93380** | **$36,590.45** | **8/31/2015-4/12**<br>**/2016** | **Accounting and consulting services** |
| **Relationship to debtor**<br>**Director,**<br>**Secretary/Treasurer** | | | |
| 30.5 **Thomas J. Burgett**<br>· **5825 Vineyard Drive**<br>**Paso Robles, CA 93446** | **$81,731.20** | **2015/2016** | **Wages** |
| **Relationship to debtor**<br>**Former Director, President,**<br>**Secretary** | | | |
| 30.6 **Thomas P. Bell Consulting**<br>· **Services**<br>**14906 Via Messina Drive**<br>**Bakersfield, CA 93306** | **$10,750.00** | **11/9/2015 -**<br>**2/4/2016** | **Consulting services** |
| **Relationship to debtor**<br>**Director** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

EXHIBIT  "A" TO

STATEMENT OF FINANCIAL AFFAIRS

13.    <u>Transfers outside the ordinary course of business.</u>

| SOLD TO | DATE SOLD | DESCRIPTION | GROSS PROCEEDS |
|---|---|---|---|
| Contra Costra | 1/26/2016 | Fluke | $5,570.00 |
| | | Fluke – Evarts | $973.00 |
| | | Misc. Instrumentation Meters | $40,541.00 |
| | | **TOTAL** | **$47,084.00** |
| | | | |
| Am Imports | 2/12/2016 | 2011 GMC Sierra 2500 truck | $10,010.98 |
| | | 2011 GMC Sierra 1500 truck | $12,143.42 |
| | | 2010 GMC Sierra 3500 truck | $14,557.16 |
| | | 2011 GMC Sierra 2500 truck | $10,000.00 |
| | | 2011 GMC Sierra 2500 truck | $10,000.00 |
| | | 2005 Chevrolet Van | $3,000.00 |
| | | 2006 Chevrolet Van | $2,500.00 |
| | | 2003 Chevrolet 3500 truck | $6,500.00 |
| | | 2003 Chevrolet 3500 truck | $6,500.00 |
| | | 2003 Chevrolet 3500 truck | $6,500.00 |
| | | 2003 Chevrolet 3500 truck | $6,500.00 |
| | | 2013 Chevrolet 3500 truck | $16,000.00 |
| | | 2003 Chevrolet 3500 truck | $6,500.00 |
| | | 2009 Chevrolet Silverado truck | $7,000.00 |
| | | 2009 Chevrolet Silverado truck | $8,000.00 |
| | | **TOTAL** | **$125,711.56** |
| | | | |
| Am Imports | 4/20/2016 | 2008 Ford F350 truck | $9,375.00 |
| | | 2008 Ford F350 truck | $9,375.00 |
| | | 2008 Ford F350 truck | $9,375.00 |
| | | 2008 Ford F350 truck | $9,375.00 |
| | | 2008 Ford F550 truck | $9,375.00 |
| | | 2008 Ford F350 truck | $9,375.00 |
| | | 2008 Ford F450 truck | $9,375.00 |
| | | 2008 Ford F350 truck | $9,375.00 |
| | | **TOTAL** | **$75,000.00** |
| | | | |
| Am Imports | 5/24/2016 | 2012 Ford F550 truck | $15,043.00 |
| | | **TOTAL** | **$15,043.00** |
| | | | |
| CarMax | 6/9/2016 | 2012 GMC Sierra 1500 truck | $16,000.00 |
| | 6/15/2016 | 2011 GMC Sierra 1500 truck | $13,854.07 |
| | | **TOTAL** | **$29,854.07** |

| | | | |
|---|---|---|---|
| Steve Costello | 7/31/2016 | 2007 Ford F350 truck | $8,000.00 |
| | | **TOTAL** | **$8,000.00** |
| | | | |
| AM Imports | 8/18/2016 | 2011 Dodge Ram 550 truck | $15,500.00 |
| | | 2011 GMC Sierra 1500 truck | $12,250.00 |
| | | 2012 Ford F450 truck | $19,250.00 |
| | | 2012 Ford F450 truck | $19,250.00 |
| | | 2008 Ford F350 truck | $13,500.00 |
| | | **TOTAL** | **$79,750.00** |
| | | | |
| Tommy Costello | 8/18/2016 | 2007 Chevrolet Silverado truck | $3,500.00 |
| | | **TOTAL** | **$3,500.00** |
| | | | |
| AM Imports | 8/27/2016 | 2011 GMC Sierra 1500 truck | $10,800.00 |
| | | **TOTAL** | **$10,800.00** |
| | | | |
| McKee Electric | 8/27/2016 | 2012 Ford F550 truck | $17,000.00 |
| | 8/27/2016 | 2006 Ford F150 truck | $5,500.00 |
| | 8/31/2016 | 2008 Ford F350 truck | $10,000.00 |
| | 9/6/2016 | Customer List | $10,000.00 |
| | 9/6/2016 | Website Information | $1,000.00 |
| | | **TOTAL** | **$43,500.00** |
| | | | |
| Am Imports | 9/2/2016 | 2010 GMC Sierra 1500 truck | $10,750.00 |
| | | **TOTAL** | **$10,750.00** |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| The following trucks were sold by Debtor and the Buyers' information is not known. | | | |
| Buyer Unkown | 2/3/2016 | 2007 Ford F350 truck | $6,000.00 |
| | 2/3/2016 | 2008 Ford F450 truck | $6,000.00 |
| | | | |
| Buyer Unknown | 2/19/2016 | 2003 Chevrolet 3500 truck | $8,000.00 |
| | 2/19/2016 | 2005 Ford F350 truck | $6,500.00 |
| | 2/19/2016 | 2003 Chevrolet 3500 truck | $7,000.00 |
| | | | |
| Buyer Unknown | 2/25/2016 | 2010 GMC 3500 HD truck | $15,000.00 |
| | 2/25/2016 | 2013 Chevrolet 3500 truck | $20,000.00 |
| | | | |
| Buyer Unknown | 3/15/2016 | 2011 GMC Sierra 2500 truck | $10,000.00 |

| | | | |
|---|---|---|---|
| Buyer Unknown | 6/1/2016 | 1999 Dodge Ram 2500 ¾ truck | Unknown |
| | | | |
| Buyer Unknown | 1/1/2015 | 2009 Chevrolet Silverado truck | $7,500.00 |
| | | | |
| Buyer Unknown | 3/31/2015 | 2005 GMC Sierra 2500 truck | $5,000.00 |
| | 3/31/2015 | 2011 GMC Sierra 2500 truck | $8,100.00 |
| | 3/31/2015 | 2009 Chevrolet Silverado truck | $8,100.00 |
| | 3/31/2015 | 2009 Chevrolet Silverado truck | $8,100.00 |
| | | | |
| Buyer Unknown | 10/1/2015 | 2009 Ford F-550 truck | $20,000.00 |
| | | | |
| Buyer Unknown | 12/21/2015 | 2011 Ford F350 truck | $13,193.58 |
| | | | |
| Buyer Unknown | 12/29/2015 | 2010 GMC Sierra 3500 truck | $7,500.00 |
| | 12/29/2015 | 2011 GMC Sierra 2500 truck | $11,500.00 |

Debtor    R.L. SURGENER, INC.                                    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 20, 2016

/s/ Lester C. Surgener, II                            Lester C. Surgener, II
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 12