**2**

LEONARD K. WELSH, CSB NO. 097954
LAW OFFICE OF LEONARD K. WELSH
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>R.L. SURGENER, INC.,<br><br>Debtor. | Case No. 16-13443-A-7<br><br>Chapter 7 |

**PROOF OF SERVICE BY MAIL**

I, TRINETTE LIDGETT, declare:

1. I am employed in Kern County, CA by a member of the bar of this court at whose direction the service was made. I am over the age of 18 and not a party to the within action. My business address is 4550 California Avenue, Second Floor, Bakersfield, CA 93309.

**2.** I served the following documents on Debtor, Chapter 7 Trustee, United States Trustee, Pumping Solutions, Inc., and parties requesting special notice on December 9, 2016 by placing true copies thereof enclosed in a sealed envelope in the U.S. Mail at Bakersfield, California, addressed as indicated on the attached Mailing List:

**a. AMENDMENT**

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 9, 2016

/s/ Trinette Lidgett
TRINETTE LIDGETT

R.L. Surgener, Inc.
P.O. Box 5096
Bakersfield, CA 93388

Jeffrey Vetter
Chapter 7 Trustee
P.O. Box 2424
Bakersfield, CA 93303

Office of US Trustee
2500 Tulare Street, Room 1401
Fresno, CA 93721

Greg Surgener
c/o William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA 93301

Pumping Solutions, Inc.
1906 S. Quaker Ridge Place
Ontario, CA 91761

John H. Wunsch
Office of the General Counsel
Wells Fargo & Company
21680 Gateway Center Drive, Suite 280
Diamond Bar, CA 91765-2435