**4**

LISA HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
E-mail: lholder@kleinlaw.com

Attorneys for Jeffrey M. Vetter, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>R.L. SURGENER, INC.<br><br>dba RLS INDUSTRIES,<br><br>Debtor. | Case No. 16-13443-A-7<br><br>Chapter 7<br><br>DC No. KDG-1<br><br>**Application For Order Authorizing Trustee To Employ Attorneys**<br><br>Date:    February 8, 2016<br>Time:    10:00 a.m.<br>Place:   U.S. Bankruptcy Court<br>             510 19th Street<br>             Bakersfield, California<br>Judge:   Hon. Fredrick Clement |

TO THE UNITED STATES BANKRUPTCY COURT:

**I. Application**

Applicant, Jeffrey M. Vetter applies for authority to employ attorneys as follows:

1.  R. L. SURGENER, INC. dba RLS INDUSTRIES ("Debtor") filed for relief under Chapter 7 on September 30, 2016. Jeffrey M. Vetter ("Applicant") was appointed trustee in the case.

2.  The assets of Debtor's estate include money on deposit, accounts receivable, inventory, office furniture, office equipment, machinery and equipment, vehicles, a cause of action for breach of fiduciary duties, and a claim in a bankruptcy case.

3.  Applicant wishes to employ Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP ("KDG"), 4550 California Avenue, 2nd Floor, Bakersfield, California as his attorneys of record as general counsel.

4. The United States Trustee requires Applicant to state a particular reason why it is necessary for Applicant to employ an attorney. It is necessary for Applicant to employ an attorney to:

   a. advise and consult with Applicant concerning questions arising during the administration of the estate and concerning the rights and remedies of Applicant with regard to the assets of the estate and the claims of secured and unsecured creditors;
   b. assist Applicant with liquidating assets owned by Debtor;
   c. assist Applicant to negotiate and document an agreement with Debtor's secured creditor to carve out proceeds for the bankruptcy estate;
   d. prepare, file, and serve the necessary pleadings to sell Debtor's interest in assets free and clear of liens, encumbrances, and/or interests of asserted lienholders;
   e. prepare, file, and serve pleadings necessary to employ professionals required to liquidate debtor's assets;
   f. appear at hearing(s) on sale motion(s);
   g. advise Applicant regarding issues during the sale transaction(s), closing(s), and handling deposit(s);
   h. collect accounts receivable;
   i. evaluate litigation claims held by the estate; and
   j. object to proofs of claim Applicant determines are improper and that Applicant is unable to resolve.

5. Applicant wishes to employ KDG as counsel for Applicant for those and all other necessary and proper purposes. Applicant selected KDG because:

   a. KDG is familiar with bankruptcy practice and debtor-creditor law;
   b. KDG is experienced in representing trustees Chapter 7 cases;
   c. Applicant believes that KDG is qualified to act as his attorneys; and
   d. Applicant believes employing KDG is in the best interest of the estate.

6. Based upon the Declaration of Lisa Holder filed concurrently with this application, Applicant believes that KDG, its members and/or associates:

    a. Are not a creditor, an equity security holder, or an insider of the Debtor;

    b. Never were an investment banker for any outstanding security of the Debtor;

    c. Never were an investment banker for a security of the Debtor, or an attorney for such investment banker with the offer, sale, or issuance of any security of the Debtor;

    d. Never were a director, officer, or employee of the Debtor or of any investment banker for any outstanding security of the Debtor;

    e. Neither hold, nor represent an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason;

    f. Are not a relative or employee of the United States Trustee or any bankruptcy judge, including the judge considering the employment application; and

    g. Have no connections with the Debtor, their creditors, parties in interest, its attorneys and/or accountants, the United States Trustee, or any person employed by the Office of the United States Trustee except as may be set forth in the Declaration of Lisa Holder filed concurrently with this application.

7. Compensation paid to KDG will be based on its normal and usual hourly billing rate plus reimbursement for costs incurred by it as described below. Any compensation paid to KDG will be paid after application and approval by the Court. Applicant is informed that the normal billing rates for persons who will provide legal services to Applicant are:

| | |
|---|---|
| Lisa Holder | $315.00 per hour |
| Other Senior Attorneys | $265.00 to $475.00 per hour |
| Associate Attorneys | $155.00 to $295.00 per hour |
| Karen A. Clemans, CBA | $150.00 per hour |
| Other Legal Assistants | $85.00 to $175.00 per hour |

WHEREFORE, Applicant requests that he be authorized to employ KDG as his attorneys of record as general counsel in the case, with compensation to be paid as an administrative expense for such amounts as the Court may hereinafter determine and allow.

Date: December 27, 2016

/s/ Jeffrey M. Vetter
JEFFREY M. VETTER

## II. Verification

The above statements are within my personal knowledge, or as described above I am informed regarding the facts stated and I believe them to be true, and I can testify competently regarding these statements if called as a witness.

I declare under the penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Executed this December 27, 2016, at Bakersfield, California.

/s/ Jeffrey M. Vetter
JEFFREY VETTER

3JY9529

4