**2**

LISA HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Fax: (661) 326-0418
E-mail: lholder@kleinlaw.com

Attorneys for Jeffrey M. Vetter, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 16-13443-A-7 |
| R.L. SURGENER, INC. | Chapter 7 |
| dba RLS INDUSTRIES, | DC No. KDG-1 |
| Debtor. | **Notice of hearing on Application For Order Authorizing Trustee to Employ Attorneys** |
| | Date: February 8, 2016<br>Time: 10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>510 19th Street<br>Bakersfield, California<br>Judge: Hon. Fredrick Clement |

**NOTICE IS HEREBY GIVEN** that a hearing on the *Application for Order Authorizing Trustee to Employ Attorneys* ("Application"), filed by Jeffrey M. Vetter, Chapter 7 Trustee ("Trustee"), will be heard by the Honorable Fredrick E. Clement, at the date, time and place provided above.

Trustee requests an order authorizing him to engage Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP ("KDG") as his attorneys in the case.

///

///

///

///

3JY9529                                   1

1  Opposition, if any, to the granting of the Application shall be in writing and shall be
2  served and filed with the Court at least 14 days preceding the date of the hearing pursuant to
3  Local Rule 9014-1(f)(1).  Opposition shall be accompanied by evidence establishing its factual
4  allegations.  Without good cause, no party shall be heard in opposition to the Application at
5  oral argument if written opposition to the Application has not been timely filed.  Failure to
6  timely file written opposition may be deemed a waiver of any opposition to the Application or
7  may result in the imposition of sanctions.  Further, the Court may resolve the matter without
8  oral argument unless written opposition and supporting evidence are filed with the Clerk of
9  Court and served on the moving Debtor.

10  To appear at the hearing by telephone, contact Court Call Conference Service at 866-
11  582-6878. *See also* CourtCall.com. The telephone appearance must be arranged 24 hours in
12  advance. A Court Call fee applies. Individuals using Court Call are cautioned they do so at their
13  own risk. The hearing will not be rescheduled due to a missed connection.

14  Application pre-hearing dispositions can be obtained by checking the court's website,
15  www.caeb.uscourts.gov after 2:00 p.m. the day before the hearing; select "Pre-Hearing
16  Dispositions," the judge, and the date and time of the hearing.

17  Requests for particulars concerning the Application should be directed to the
18  undersigned.

19  Dated: December 27, 2016         KLEIN, DeNATALE, GOLDNER,
                                      COOPER, ROSENLIEB & KIMBALL, LLP

                                      By /s/Lisa Holder
                                      LISA HOLDER, Attorneys for Jeffrey M.
                                      Vetter, Chapter 7 Trustee

**Original**

Parties to be served with opposition:

| Lisa Holder | Jeffrey Vetter | Office of the U.S. Trustee |
|---|---|---|
| Second Floor | Chapter 7 Trustee | United States Courthouse |
| 4550 California Avenue | P. O. Box 2424 | 2500 Tulare Street, Suite 1401 |
| Bakersfield, CA 93309 | Bakersfield, CA  93302 | Fresno, CA 93721 |