2

LISA HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
E-mail: lholder@kleinlaw.com

Attorneys for Jeffrey M. Vetter, Chapter 7 Trustee

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>R.L. SURGENER, INC.<br>dba RLS INDUSTRIES,<br>Debtor. | Case No. 16-13443-A-7<br>Chapter 7<br>DC No. KDG-1<br>**Proof of Service**<br>Date: February 8, 2016<br>Time: 10:00 a.m.<br>Place: U.S. Bankruptcy Court, 510 19th Street, Bakersfield, California<br>Judge: Hon. Fredrick Clement |

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 4550 California Avenue, Bakersfield, California 93309.

On December 28, 2016, I served the document described as:

**APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEYS**

**NOTICE OF HEARING ON APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEYS**

**DECLARATION OF LISA HOLDER IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEYS**

DECLARATION OF LEONARD K. WELSH IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEYS

by placing true copies thereof addressed as follows:

Jeffrey Vetter
Chapter 7 Trustee
P. O. Box 2424
Bakersfield, CA 93302

Office of the U.S. Trustee
United States Courthouse
Suite 1401
2500 Tulare Street
Fresno, CA 93721

John H. Wunsch (WFB 7211/SGM)
General Counsel, Wells Fargo & Co
Suite 280
21680 Gateway Center Drive
Diamond Bar, CA 91765-2435

Leonard K. Welsh
4550 California Ave 2nd Fl
Bakersfield, CA 93309

R.L. SURGENER, INC.
P.O. Box 5096
Bakersfield, CA 93388-5096

**BY MAIL** I enclosed such document in sealed envelope(s) with the name(s) and address(s) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on December 28, 2016, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Cynthia M. Oliver
Type or Print Name

/s/ Cynthia M. Oliver
Signature

Original

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309