**3**

LISA HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Fax: (661) 326-0418
E-mail: lholder@kleinlaw.com

Attorneys for Jeffrey M. Vetter, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>R.L. SURGENER, INC. dba RLS INDUSTRIES,<br><br>    Debtor. | Case No. 16-13443-A-7<br><br>Chapter 7<br><br>DC No. KDG-2<br><br>**Trustee's Motion Under Rule 9019 for Order Approving Settlement Between Trustee and Wells Fargo Bank**<br><br>Date:    February 15, 2017<br>Time:    9:00 a.m.<br>Place:   United States Bankruptcy Court<br>            2500 Tulare Street, Fifth Floor<br>            Department A, Courtroom 11<br>            Fresno, California<br>Judge: Honorable Fredrick E. Clement |

To The Honorable Fredrick E. Clement, United States Bankruptcy Judge:

**I.    Summary**

Motion: To approve compromise under Fed. R. Bankr. Proc. Rules 9019 & 2002(a)(3);

Notice: Twenty-one days' notice under LBR 9014-1(f)(2)—written opposition not required;

Parties: Wells Fargo Bank, N.A. ("Wells Fargo"), and Jeffrey M. Vetter, Chapter 7 Trustee ("Trustee") of the estate of R.L. Surgener, Inc. ("Debtor");

Terms: Wells Fargo to consent to Trustee collecting accounts receivable and liquidating Debtor's assets that are Wells Fargo's collateral in exchange for (1) a carve-out for the estate; (2) allowance of Wells Fargo's proofs of claim nos. 8, 9, and 10 as filed on November 18, 2016; (3) release of potential surcharge, marshaling, and avoidance claims against Wells Fargo; and (4) additional terms described in the settlement agreement.

**II.    Motion**

Trustee moves the Court for an order granting the motion and approving the *Agreement between Wells Fargo Bank and Bankruptcy Trustee Regarding Liquidation of Wells Fargo Bank's Collateral and Carve-out for the Bankruptcy Estate* ("Settlement Agreement") between Trustee and Wells Fargo. The motion is based on:

(a) this motion,

(b) the Memorandum of points and authorities in support of motion filed by Trustee,

(c) the Exhibits in support of motion filed by Trustee,

(d) the Declaration of Jeffrey M. Vetter in support of motion filed by Trustee,

(e) the Notice of hearing on motion filed by Trustee, and

(f) any supplemental or reply brief, and argument by counsel made at the hearing.

**III.    Prayer for Relief**

WHEREFORE, Trustee prays:

A.    The default of non-responding parties be entered;

B.    *Trustee's Motion Under Rule 9019 for Order Approving Settlement Between Trustee and Wells Fargo* be granted;

C.    The Settlement Agreement between Trustee and Wells Fargo, included as Exhibit "A" to the *Exhibits in support of Trustee's Motion Under Rule 9019 for Order Approving Settlement Between Trustee and Wells Fargo,* be approved;

D.    Trustee be authorized to:

1. Effectuate the Settlement Agreement*;*
2. Collect accounts receivable that comprise Wells Fargo's collateral;
3. Liquidate Debtor's assets that comprise Wells Fargo's collateral;
4. Retain a carve-out for the estate from the collected accounts receivable and liquidated assets as described in the Settlement Agreement;
5. Allow Wells Fargo's proofs of claim nos. 8, 9, and 10 as filed on November 18, 2016; and

**KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP**
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

      6. Release potential surcharge, marshaling, and avoidance claims against Wells Fargo; and

E. For such other and further relief as is justified.

Dated: January 25, 2017

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By /s/ Lisa Holder
LISA HOLDER
Attorneys for Jeffrey M. Vetter,
Chapter 7 Trustee

Original

KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309