**3**

LISA HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Fax: (661) 326-0418
E-mail: lholder@kleinlaw.com

Attorneys for Jeffrey M. Vetter, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 16-13443-A-7 |
| | Chapter 7 |
| R.L. SURGENER, INC. dba RLS INDUSTRIES, | DC No. KDG-2 |
| Debtor. | **Notice of Hearing on Trustee's Motion Under Rule 9019 for Order Approving Settlement Between Trustee and Wells Fargo Bank** |
| | Date: February 15, 2017<br>Time: 9:00 a.m.<br>Place: United States Bankruptcy Court<br>2500 Tulare Street, Fifth Floor<br>Department A, Courtroom 11<br>Fresno, California<br>Judge: Honorable Fredrick E. Clement |

**TO DEBTOR AND ITS ATTORNEY OF RECORD, CHAPTER 7 TRUSTEE, THE UNITED STATES TRUSTEE, PARTIES IN INTEREST, ALL CREDITORS, AND PARTIES REQUESTING SPECIAL NOTICE:**

**NOTICE IS HEREBY GIVEN** that a hearing on the *Trustee's Motion Under Rule 9019 for Order Approving Settlement Between Trustee and Wells Fargo Bank* ("Motion"), filed by Jeffrey M. Vetter, Chapter 7 Trustee ("Trustee"), will be heard at the date, time, and place provided above.

///

///

1   Through the Motion, Trustee requests approval of his *Agreement between Wells Fargo Bank and Bankruptcy Trustee Regarding Liquidation of Wells Fargo Bank's Collateral and Carve-out for the Bankruptcy Estate* ("Settlement Agreement"). Under the Settlement Agreement (which is included as Exhibit "A" to the *Exhibits in support of Trustee's Motion Under Rule 9019 for Order Approving Settlement Between Trustee and Wells Fargo Bank*, the "Exhibits"), Wells Fargo will consent to Trustee collecting accounts receivable and liquidating Debtor's assets that are Wells Fargo's collateral in exchange for (1) a carve-out for the estate; (2) allowance of Wells Fargo's proofs of claim nos. 8, 9, and 10 as filed on November 18, 2016; (3) release of potential surcharge, marshaling, and avoidance claims against Wells Fargo; and (4) other terms of the agreement.

Under the Settlement Agreement, based on Debtor's schedules and Trustee's cost-of-recovery estimates ("Liquidation Analysis"), the carve-out for the estate would result in $217,104.06 being distributed to Trustee for the benefit of the estate's priority and unsecured creditors. The Liquidation Analysis is included with the Exhibits as Exhibit "B." The Liquidation Analysis is Trustee's good-faith effort to demonstrate the benefit to the estate from the Settlement Agreement, but those results depend on many matters outside Trustee's control, especially the actual value of Debtor's assets.

This is a summary of the relief requested. Details regarding the Settlement Agreement are included with the Motion, memorandum of points and authorities, the Exhibits, and declaration in support of the Motion.

Under Local Rule 9014-1(f)(2), no party in interest is required to file written opposition to the Motion. Opposition to the granting of the Motion may be presented at the hearing. The Court may continue the hearing if opposition is presented at the hearing, or if there is other good cause, to permit the filing of evidence and briefs.

To appear at the hearing by telephone, contact Court Call Conference Service at 866-582-6878. *See also* CourtCall.com. The telephone appearance must be arranged 24 hours in advance. A Court Call fee applies. Individuals using Court Call are cautioned they do so at their own risk. The hearing will not be rescheduled due to a missed connection.

1   Motion pre-hearing dispositions can be obtained by checking the court's website,

2   www.caeb.uscourts.gov after 2:00 p.m. the day before the hearing; select "Pre-Hearing

3   Dispositions," the judge, and the date and time of the hearing.

4   Requests for further information or for copies of the Motion and supporting papers

5   should be directed to the undersigned.

6   Date: January 25, 2017                    KLEIN, DeNATALE, GOLDNER,
                                               COOPER, ROSENLIEB & KIMBALL, LLP

                                               By /s/ Lisa Holder
                                                  LISA HOLDER,
                                                  Attorneys for Jeffrey M. Vetter,
                                                  Chapter 7 Trustee

Original

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309