**3**

LISA HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
E-mail: lholder@kleinlaw.com

Attorneys for Jeffrey M. Vetter, Chapter 7 Trustee

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 933

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>R.L. SURGENER, INC. dba RLS INDUSTRIES,<br><br>Debtor. | Case No. 16-13443-A-7<br><br>Chapter 7<br><br>DC No. KDG-2<br><br>Date: February 15, 2017<br>Time: 9:00 a.m.<br>Place: United States Bankruptcy Court<br>2500 Tulare Street, Fifth Floor<br>Department A, Courtroom 11<br>Fresno, California<br>Judge: Honorable Fredrick E. Clement |

# PROOF OF SERVICE

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 4550 California Avenue, 2nd Floor, Bakersfield, CA 93309.

On **January 25, 2017**, I served the document titled:

**Notice of Hearing on Trustee's Motion Under Rule 9019 for Order Approving Settlement Between Trustee and Wells Fargo Bank;**

**Trustee's Motion Under Rule 9019 for Order Approving Settlement Between Trustee and Wells Fargo Bank;**



3KN8866

**Memorandum of Points and Authorities in Support of Trustee's Motion Under Rule 9019 for Order Approving Settlement Between Trustee and Wells Fargo Bank;**

**Declaration of Jeffrey M. Vetter in Support of Trustee's Motion Under Rule 9019 for Order Approving Settlement Between Trustee and Wells Fargo Bank**

**Exhibits in Support of Trustee's Motion Under Rule 9019 for Order Approving Settlement Between Trustee and Wells Fargo Bank**

[X] by placing true copies thereof addressed as follows:

[ ] by placing the original addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] **BY FIRST CLASS MAIL** I enclosed such document in sealed envelope(s) with the name(s) and address(s) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Fresno, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **January 25, 2017**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Cynthia M. Oliver | */s/ Cynthia M. Oliver* |
| Type or Print Name | Signature |

Original

Label Matrix for local noticing
0972-1
Case 16-13443
Eastern District of California
Fresno
Wed Jan 25 10:23:59 PST 2017

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721-1326

R.L. SURGENER, INC.
P.O. Box 5096
Bakersfield, CA 93388-5096

Jeffrey M. Vetter
PO Box 2424
Bakersfield, CA 93303-2424

Leonard K. Welsh
4550 California Ave 2nd Fl
Bakersfield, CA 93309-7012

John H. Wunsch
21680 Gateway Center Dr #280
Diamond Bar, CA 91765-2456

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 5 |
| Bypassed recipients | 0 |
| Total | 5 |