# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | R.L. SURGENER, INC. | **Case No :** | **16−13443 − A − 7** |
| | | **Date :** | **02/15/2017** |
| | | **Time :** | **09:00** |

**Matter :** [25] − Motion/Application to Compromise Controversy/Approve Settlement Agreement with Wells Fargo Bank [KDG−2] Filed by Trustee Jeffrey M. Vetter (bons)

| | | | |
|---|---|---|---|
| **Judge :** | Fredrick E. Clement | **Courtroom Deputy :** | Rosalia Estrada |
| **Department :** | A | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
(by phone) Trustee's Attorney − Lisa Holder
**Respondent(s) :**
(by phone) Debtor(s) Attorney − Leonard K. Welsh
(by phone) Creditor's Attorney − John H. Wunsch

ORDER

Findings of fact and conclusions of law are stated in the civil minutes for the hearing.

The trustee's motion to approve a compromise has been presented to the court. Having considered the motion, oppositions, responses and replies, if any, and having heard oral argument presented at the hearing,

IT IS ORDERED that the motion is granted. The court hereby approves the compromise that is reflected in the settlement agreement attached to the motion as Exhibit A and filed at docket no. 29.

Dated: Feb 15, 2017

Fredrick E. Clement
United States Bankruptcy Judge