3

LISA HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Fresno, California 93309
Telephone: (661) 395-1000
Fax: (661) 326-0418
E-mail: lholder@kleinlaw.com
Attorneys for Jeffrey M. Vetter, Chapter 7 Trustee

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>R.L. SURGENER, INC.<br>dba RLS INDUSTRIES,<br><br>Debtor. | Case No. 16-13443-A-7<br><br>Chapter 7<br><br>DCN: KDG-5<br><br>**EX PARTE APPLICATION TO RESTORE HEARING ON MOTION FOR ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO PAY ADMINISTRATIVE CLAIMS TO CALENDAR**<br><br>Date: May 4, 2017<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>510 19th Street, Suite 200<br>Bakersfield, California<br>Judge: Honorable Fredrick E. Clement |

Jeffrey M. Vetter, Chapter 7 Trustee ("Trustee"), brings this *Ex Parte Application to Restore Hearing on Motion for Order Authorizing Trustee to Pay Administrative Claims to Calendar* ("ex parte application").

1. Trustee requests an order restoring the *Motion for Order Authorizing Trustee to Pay Administrative Claims* ("Motion") to calendar to discuss the order submitted by Trustee and rejected by the Court.

///

///

2. Trustee filed the Motion on March 8, 2017 [Doc No. 53]. Trustee filed a *Supplement to Motion for Order Authorizing Trustee to Pay Administrative Claims* [Doc No. 59] ("Supplement") and Trustee's supporting declaration on March 15, 2017 [Doc No. 60], which were both served on all creditors and parties in interest in the case [Doc No. 61].

3. The Motion sought authority for Trustee to pay post-petition expenses and/or to reimburse KDG or himself for these expenses advanced on behalf of the estate:

| PAYEE | | AMOUNT |
|---|---|---|
| PG&E (estimated) | up to | $2,000.00 |
| Trustee's Insurance Agency (October 2016 through May 2017) | | $5,870.21 |
| Trustee (reimbursement to PG&E) | | $1,104.41 |
| KDG (reimbursement to PG&E) | | $1,104.41 |
| James W. Boylan, Inc. (rents Bakersfield) | | $8,237.16 |

The Supplement sought authority to make these additional payments:

| PAYEE | AMOUNT |
|---|---|
| James W. Boylan, Inc. (rents Bakersfield) through 05/15/17, plus per diem of $157.00 for each day after 05/15/17 | $17,651.07[1] |
| The Kraklow Company (rents Orange) through 03/31/17, plus per diem of $161.00 for each day after 03/31/17 | $5,000.00 |

4. The Motion came on for hearing on April 5, 2017, when the Court noted the Supplement and granted the Motion. The Court issued Civil Minutes on April 5, 2017 [Doc No. 70] ("Civil Minutes"). The Civil Minutes indicated the Court would treat the Supplement as having been filed under the notice procedure of LBR 9014-1(f)(2).

5. Counsel for Trustee lodged an *Order Authorizing Trustee to Pay Administrative Claims* ("Order") that included the amounts prayed for in both the Motion and the Supplement. The Order was rejected by the Court on the ground that the request for payment of the per diem was not properly before the Court because "the relief sought must be included in the motion, not in ancillary documents."

[1] $17,651.07 is the total to be paid to James W. Boylan, Inc.; this is not in addition to the $8,237.16 noted above.

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

6. Trustee requests that the Motion be restored to calendar so that the payment of per diem can be authorized.

WHEREFORE, the Trustee prays that:

A. The ex parte application be granted; and

B. The Court restore the Motion to the Court's calendar to be heard May 4, 2017, at 10:00 am, at 510 19th Street, Suite 200, Bakersfield, California.

Dated: April 12, 2017

KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

By /s/ Lisa Holder
LISA HOLDER
Attorneys for
Jeffrey M. Vetter, Chapter 7 Trustee

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309