# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re: R.L. SURGENER, INC. dba RLS INDUSTRIES | Case No.: 16-13443-A-7 |
|---|---|
| | **CHANGE OF ADDRESS** |

Change of Address For:

- [ ] Debtor(s)
- [ ] Debtor
- [ ] Joint Debtor
- [x] Creditor's Noticing/Mailing Address
- [ ] Creditor's Payment Address

ATTORNEYS WHO WISH TO MAKE A CHANGE OF ADDRESS MUST USE OUR E-FILING WEBSITE.

OLD ADDRESS

NAME: Williams Cleaning Systems

MAILING ADDRESS: 6531 Duncan Way

CITY, STATE, ZIP: Bakersfield, CA 93308-5139

TELEPHONE NO.: ______________________

NEW ADDRESS

NAME: Williams Cleaning Systems

MAILING ADDRESS: 6723 Meany Avenue

CITY, STATE, ZIP: Bakersfield, CA 93308

TELEPHONE NO.: ______________________

- [ ] Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing Program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number(s) below (DeBN account numbers can be located in the subject title of all emailed court orders and notices. To change your e-mail address(s) for the DeBN program, use EDC Form 3-321 (Debtor's Electronic Noticing Request), select Update to Account Information, and include your new email address at the bottom of the form.

Debtor's DeBN account number______________________

Joint Debtor's DeBN account number______________________

Dated: 4/25/17

Requestor's Name: Lisa Holder, Esq.

Requestor's Signature: [signature]

Attorney for Trustee, Jeffrey M. Vetter

Title, if applicable (Corporate Officer, partner, or agent)