**5**

LEONARD K. WELSH, CSB No. 097954
LAW OFFICES OF LEONARD K. WELSH
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>R.L. SURGENER,INC.,<br><br>Debtor. | Case No. 16-13443-A-7<br><br>Chapter 7 |

**PROOF OF SERVICE BY MAIL**

I, GINA LIDGETT, declare:

1. I am employed in Kern County, California by a member of the bar of this court at whose direction the service was made. I am over the age of 18 and not a party to the within action. My business address is 4550 California Avenue, Second Floor, Bakersfield, CA 93309.

2. I served the following documents on the Debtor, the Chapter 12 Trustee, the United States Trustee, all creditors, and parties requesting special notice on May 4, 2017 by placing true copies thereof enclosed in a sealed envelope in the U.S. Mail at Bakersfield, CA addressed as indicated to the attached mailing list:

**A. NOTICE OF CHANGE OF ADDRESS FOR DEBTOR**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2017 By: /s/ Gina Lidgett
GINA LIDGETT

Label Matrix for local noticing
0972-1
Case 16-13443
Eastern District of California
Fresno
Wed May 3 10:25:16 PDT 2017

3D Imaging Systems
4525 New Horizens Blvd Suite 1
Bakersfield CA 93313-2368

A G Compressor Parts Inc
13671 Bora Drive
Santa Fe Springs CA 90670-5005

A W Electric Motor Service Inc
4623 Hampton Street
Los Angeles CA 90058-2115

A1 Battery
6630 Rosedale Highway
Bakersfield CA 93308-5869

AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC.
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

Abacus IMT Inc
7001 Downing Avenue
Bakersfield CA 93308-5813

Accurate Air Eng
P O Box 5099
Cerritos CA 90703-5099

Ace Control
6077 Coffee Road No 4
PMB 96
Bakersfield CA 93308-9417

Ace Hydraulic
P O Box 5097
Bakersfield CA 93388-5097

Airgas USA LLC
P O Box 7423
Pasadena CA 91109-7423

AmerPride - Socal
P O Box 908
Bemidji MN 56619-0908

AmeriPride Services
P O Box 130
Bemidji MN 56619-0130

American Express
Box 0001
Los Angeles CA 90096-8000

American Safety Services
3209 Landco Drive
Bakersfield CA 93308-6156

Applied Industrial Technologies
Dianne Misenko
One Applied Plaza
Cleveland OH 44115-2511

Applied Industrial Technologies
P O Box 100538
Pasadena CA 91189-0003

Atlas Copco So CA
Dept CH 19511
Palatine IL 60055-0001

B R Tool Supply Inc
1711 Callens Road
Ventura CA 93003-5693

BARC Industries
2240 S Union Avenue
Bakersfield CA 93307-4158

BARMESA PUMPS, LLC
1209 S 10TH STREET SUITE A336
MCALLEN, TX 78501-5059

BG & S West Inc
4031 Aiken St B-5
PO Box 80573
Bakersfield CA 93380-0573

BG S West
P O Box 80573
Bakersfield CA 93380-0573
DUPLICATE

Baldor Electric
26827 Network Place
Chicago IL 60673-1268

Barmesa Pumps Inc
1209 S 10th Street Suite A 336
McAllen TX 78501-5059
DUPLICATE

Barnes Welding Supply
5150 Rosedale Highway
Bakersfield CA 93308-6000

Big O Tires
P O Box 20007
Bakersfield CA 93390-0007

Branson Texaco Express Lupe
5651 Auburn
Bakersfield CA 93306-2870

Brians Smog Check and Automotive
615 E 21st Street
Bakersfield CA 93305-5238

Budget Bolt
4124 Rosedale Highway
Bakersfield CA 93308-6133

C H Spencer Company
P O Box 26066
Salt Lake City UT 84126-0066

CED
P O Box 339
Rancho Cucamonga CA 91729-0339

CHEMSEARCH
Credit Dept
2727 Chemsearch Blvd
Irving TX 75062-6454

CSI Inc
2700 N Partnership Blvd
Springfield MO 65803-8208

CT Corporation
PO Box 4349
Carol Stream IL 60197-4349

Cameron NuFlo
Measurement Systems Division
P O Box 730172
Dallas TX 75373-0172

Carquest Auto Parts
P O box 404875
Atlanta GA 30384-4875

Carrolls Tire Warehouse
981 W North Grand
Porterville CA 93257-9529

CenCal Machine Company
19444 Columbo Street
Bakersfield CA 93308-9717

Central Supply Company
P O Box 1085
Fresno CA 93714-1085

Chemsearch
P O Box 152170
Irving TX 75015-2170

Chicago Industrial Pump
822 Schneider Drive
South Elgin IL 60177-2641

Clems Tire Road Service
407 Harrison Street
Taft CA 93268-1707

Coker Pump Equipment
1055 Third Street
Oakland CA 94607-2545

Coker Pump and Equipment Company
1055 3rd Street
Oakland, CA 94607-2594
DUPLICATE

Combined Fluid Products
805 Oakwood Road Suite F
Lake Zurich IL 60047-1551

Commercial Trade, Inc.
5330 Office Center Ct
Bakersfield CA 93309-1573

Compressorparts com
10349 Industrial Road
Holland OH 43528-9791

Constructed Air Mechanical
3121 E La Palma Avenue Suite 1
Anaheim CA 92806-2804

Controlled Motion Solutions
911 North Poinsettia Street
Santa Ana CA 92701-3827

Coorstek Inc
P O Box 91151515
Denver CO 80291-0001

County of Orange
Attn Treasurer Tax Collector
P O Box 1438
Santa Ana CA 92702-1438

County of Orange
PO Box 4515
Santa Ana CA 92702-4515

D R Bender Co
P O Box 80994
Bakersfield CA 93380-0994

Daniels Tire
4101 Armour Avenue
Bakersfield CA 93308-4515

Deborah R. Bender
27340 Deertrail Drive
Tehachapi, CA 93561-7448

Delta Liquid Energy
P O Box 88
3400 Buck Owens Blvd
Bakersfield CA 93308-4956

Direct Safety Solutions Inc
6650 Meany Avenue
Bakersfield CA 93308-5126

Distribution NOW
Attn Dist A P
P O Box 40985
Houston TX 77240-0985

Eagle Trucking & Crane Service, Inc
700 Majors Court
Bakersfield CA 93308-9436

Eagles Trucking
700 Majors Court
Bakersfield CA 93308-9436

DUPLICATE

Ebara International Corp
Dept LA 23208
Pasadena CA 91185-0001

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

Exterran-1
Archrock
P O Box 201160
Dallas TX 75320-1160

F&H Food Equipment Company
P O Box 3985
Springfield MO 65808-3985

Fedex
P O Box 7221
Pasadena CA 91109-7321

Ferguson Enterprises Inc
P O Box 9285
Hampton VA 23670-0285

First Choice Services
4800 New Horizon Blvd Ste C
Bakersfield CA 93313-2345

Flowserve US Inc
4179 Collections Center Drive
Chicago IL 60693-0041

Freeway Machine
1365 Santiago Avenue
Santa Ana CA 92701-2596

GCI Equipment Rental
6045 Rosedale Highway
Bakersfield CA 93308-5934

Global Tranz
P O Box 203285
Dallas TX 75320-3285

Grainger Inc
Dept 848459392
Palatine IL 60038-0001

Greg Surgener
1324 Enslay Drive
Bakersfield CA 93312-4648

Greg Surgener
1925 G Street
Bakersfield, CA 93301-4321

DUPLICATE

Gregs Petroleum Services Inc
P O Box 307
Delano CA 93216-0307

HDS White Cap Construction Supply
P O Box 6040
Cypress CA 90630-0040

Harbor Seal
909 South Myrtle Avenue
Monrovia CA 91016-3426

Harbor Seal Inc
909 S. Myrtle Avenue
Monrovia, CA 91016-3426

DUPLICATE

Harrington Industrial Plastics
2221 Celsius Avenue Ste A
Oxnard CA 93030-7258

Heffernan Insurance Brokers
P O Box 4006
Walnut Creek CA 94596-1796

Hoerbiger Service Inc
25057 Anza Drive
Valencia CA 91355-3414

Hoffmeyer Company
1050 Aladdin Avenue
San Leandro CA 94577-4310

Lisa Holder
4550 California Ave 2nd Fl
Bakersfield, CA 93309-7012

Hollywood Delivery Service
2828 S Willow Avenue
Bloomington CA 92316-3261

Home Depot
P O Box 9055
Des Moines IA 50368

Hortencia Hernandez
c o Donald T Dunham Esq
Law Offices of Donald T Dunham Assoc
8632 East Valley Blvd Suite P
Rosemead CA 91770-1740

JB Equipment
4337 E Grand River Avenue Suite 226
Howell MI 48843-6583

James W Boylan Inc
P O Box 668
Bakersfield CA 93302-0668

Jisco
P O Box 209
Fresno CA 93708-0209

Joseph Ziemann Successor Trustee of th
Ronald L Surgener 1998 Revocable Livin
Trust
3939 Bernard Street Suite 5
Bakersfield CA 93306-3168

Joseph Ziemann Successor Trustee of the
Ronald L Surgener 1998 Revocable Living
Trust
5001 E Commercenter Dr #300
Bakersfield CA 93309-1687

Kern Packing Gasket Supply
3131 Jewett Avenue
Bakersfield CA 93301-2131

Kern Pipe Supply
P O Box 81315
Bakersfield CA 93380-1315

Kisco Sales
301 Sumner Street
Bakersfield CA 93305-5141

Klein DeNatale Goldner Cooper
Rosenlieb Kimball
4550 California Avenue Second Floor
Bakersfield CA 93309-7012
DUPLICATE

LeBeau Thelen
P O Box 12092
Bakersfield CA 93389-2092

Leslies Pool Supply
P O Box 501162
Saint Louis MO 63150-1162

Lester C Surgener II
7000 De Meo
Bakersfield CA 93308-4453

Lester Surgener
7000 DeMeo
Bakersfield CA 93308-4453
DUPLICATE

Level 3 Communication
P O Box 910182
Denver CO 80291-0182

Level 3 Communications, LLC
1025 Eldorado Blvd
Broomfield CO 80021-8869

MP Pumps
34800 Bennett Drive
Fraser MI 48026-1694

McKee Electric Co
1406 No. Chester Ave
Bakersfield, CA 93308-3525
DUPLICATE

McKee Electric Inc
1406 North Chester Avenue
Bakersfield CA 93308-3525

Mechanical Seal Repair
3188 Orange Avenue
Signal Hill CA 90755-5220

Melos Gas Gear
4580 State Road
Bakersfield CA 93308-4581

Michael Peterson
Aron Sadowsky Marks
551 NW 77th Street Suite 200
Boca Raton FL 33487-1330

Midwest Pump Meter Co Inc
2000 S Broadway Street
Saint Louis MO 63104-4056

Mitchell Lewis & Staver Co.
P O Box 621
Wilsonville OR 97070-0621

Napa Auto Parts
File 56893
Los Angeles CA 90074-0001

National Registered Agents Inc
P O Box 4349
Carol Stream IL 60197-4349

Nestle Pure Life
6661 Dixie Highway Suite 4
Louisville KY 40258-3950

OReillys Auto Parts
P O Box 9464
Springfield MO 65801-9464

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721-1326

PAC MACHINE COMPANY INC.
8570 23RD AVE.
SACRAMENTO, CA 95826-4902

PACIFIC POWER INC
P.O. BOX 2750
BAKERSFIELD, CA 93303-2750

PCM USA Inc
11940 Brittmoore Park Drive
Houston TX 77041-7225

PUMPING SOLUTIONS, INC.
1906 S. QUAKER RIDGE PLACE
ONTARIO, CA 91761-8041

Peerless Pump
P O Box 644419
Pittsburgh PA 15264-4419

Pentair Flow Technologies
13771 Collections Center Drive
Chicago IL 60693-0137

Pitney Bowes Purchase Power
P O Box 371874
Pittsburgh PA 15250-7874

Praxair Inc
175 E Park Drive - Room 217
Buffalo, NY 14221

Praxair Services Inc
P O Box 91385
Chicago IL 60693-1385

Praxair-H2S
P O Box 417518
Boston MA 02241-7518

Preferred Pump Equipment
P O Box 849393
Los Angeles CA 90084-9393

Proforma
P O Box 51925
Los Angeles CA 90051-6225

Qik Smog
500 South 10th Street
Taft CA 93268-3902

Quincy Compressor LLC
Department 3427 - Lockbox 893427
P O Box 12347
Dallas TX 75312-0001

R.L. SURGENER, INC.
P.O. Box 5096
Bakersfield, CA 93388-5096

Rain for Rent - Bakersfield Ag
File 52541
Los Angeles CA 90074-0001

Reece and Sons Constuction
5550 Gusher Court
Bakersfield CA 93308-9596

Rhino Valves
PMB 96
6077 Coffee Road
Bakersfield CA 93308-9416

SJE-Rhombus
22650 County Highway 6
P O Box 1708
Detroit Lakes MN 56502-1708

San Joaquin Tires and Wheels
230 Golden State Avenue
Bakersfield CA 93301-4111

Sanford Semchak Speights
1125 W Columbus Street
Bakersfield CA 93301-1105

DUPLICATE
Shaw Pump & Supply, Inc.
20610 Manhattan Pl, #124
Torrance, CA 90501-1862

Shaw Pump and Supply Inc
20610 Manhattan Place No 124
Torrance CA 90501-1862

Southern California Barricades
5930 Lakeshore Drive
Cypress CA 90630-3371

Speed A Way Smog
5260 Rosedale Highway
Bakersfield CA 93308-6000

Statco Engineering
Dept 982
P O Box 29901
Phoenix AZ 85038-0901

State Board of Equalization
Special Ops, MIC: 55
PO BOX 942879
SACRAMENTO, CA 94279-0055

Greg Surgener
c/o William L. Alexander
Alexander & Associates
1925 G St
Bakersfield, CA 93301-4321

DUPLICATE
Surgener Electric Inc
1406 North Chester Avenue
Bakersfield CA 93308-3525

DUPLICATE
Surgener Electric, Inc.
7000 De Meo
Bakersfield, CA 93308-4453

Tatung Electric Company
14381 Chambers Road
Tustin CA 92780-6911

The Kralow Co Trust Acct
Kralow Company Trust Account No 2
17910 Skypark Circle Suite 200
Irvine CA 92614-6474

DUPLICATE
The Kralow Co Trust Acct
Kralow Company Trust Account No 200
17910 Skypark Circle Suite 200
Irvine CA 92614-6474

The Travelers Indemnity Company
Account Resolution Michael Gauntlett
1 Tower Square 0000-CR09A
Hartford CT 06183-0001

Thomas Anton Associates
1600 G Street
Bakersfield CA 93301-5182

Thomas J Burgett
5825 Vineyard Drive
Paso Robles CA 93446

Thomas P Bell Consulting Services
14906 Via Messina Drive
Bakersfield CA 93306-9583

Thompson Industrial Supply
P.O. Box 1299
Rancho Cucamonga CA 91729-1299

Thompson Industrial Supply Inc
3941 East La Palma Avenue
Anaheim CA 92807-1714

Travelers
13607 Collections Center Drive
Chicago IL 60693-0001

Tsurumi (America), Inc.
1625 Fullerton Court
Glendale Heights, IL 60139-2752

Tsurumi Pump
1625 Fullerton Court
Glendale Heights IL 60139-2752

U-Line
P O Box 88741
Chicago IL 60680-1741

U.C.I. Construction, Inc.
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596-7335

UCI Construction
3900 Fruitvale Avenue
Bakersfield CA 93308-5114

UCI Construction Inc
c o Ethan K Friedman Esq
2121 N California Blvd Suite 875
Walnut Creek CA 94596-7335

UPS
P O Box 89480
Los Angeles CA 90189-4820

UPS Freight
P O Box 533238
Charlotte NC 28290-3238

Ultrachem Inc
900 Centerpoint Blvd
New Castle DE 19720-8121

United Parcel Service
c/o Receivable Management Services ('RMS
P.O. Box 361345
Columbus, OH 43236-1345

V-Power Equipment Inc
4201 West Capitol Avenue
West Sacramento CA 95691-2118

Valin Corporation
6509 Sierra Lane
Dublin CA 94568-2798

Verizon Wireless
P O Box 660108
Dallas TX 75266-0108

Jeffrey M. Vetter
PO Box 2424
Bakersfield, CA 93303-2424

Waukesha-Pearce Industries Inc
P O Box 35068
Houston TX 77235-5068

Weil Aquatronics Inc
115 East Palmer Avenue No C
Glendale CA 91205-3186

Wells Fargo Bank
Credit Management Group
1298 East 14th Street 4th Floor
Suite 400
San Leandro CA 94577-4511
DUPLICATE

Wells Fargo Bank
Credit Management Group
1298 East 14th Street Suite 400
San Leandro CA 94577-4548

Wells Fargo Bank, National Association
c/o John H. Wunsch
21680 Gateway Center Dr #280
Diamond Bar, CA 91765-2456

Wells Fargo Bank, National Association
P.O. Box 6165
El Monte, CA 91734-6165

Western Hydro Corp
3449 Enterprises Avenue
Hayward CA 94545-3220

Westmark Enterprises Inc
13454 Imperial Highway
Santa Fe Springs CA 90670-4820

Wholesale Fuels Inc
P O Box 82277
Bakersfield CA 93380-2277

Williams Cleaning Systems
6723 Meany Avenue
Bakersfield CA 93308-5271

Wilson's Industrial Pump, Inc.
Po Box 81797
Bakersfield, CA 93380-1797

Wilsons Industrial Pump Inc
P O Box 81797
Bakersfield CA 93380-1797

Worldwide Express
910 Hampshire road Suite V
Westlake Village CA 91361-2895

DUPLICATE
John H. Wunsch
21680 Gateway Center Dr #280
Diamond Bar, CA 91765-2456

Yamada America Inc
955 East Algonquin Road
Arlington Heights IL 60005-4301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)D.R. Bender Co.
P. O. Box 80994
Bakersfield, CA 93380-0994

(u)Gould Auction & Appraisal Company

(d)Lester C. Surgener, II
7000 De Meo
Bakersfield, CA 93308-4453

(d)Pac Machine Co
8570 23rd Avenue
Sacramento CA 95826-4902

(d)Pacific Power Inc
P O Box 2750
Bakersfield CA 93303-2750

(d)Pumping Solutions Inc
1906 S Quaker Ridge Place
Ontario CA 91761-8041

(u)Trustee of the 1998
Ronald L Surgener Trust

(d)V-Power Equipment, Inc.
4201 West Capitol Ave.
West Sacramento, CA 95691-2118

(d)Wholesale Fuels, Inc.
P O Box 82277
Bakersfield, CA 93380-2277

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 184 |
| Bypassed recipients | 9 |
| Total | 193 |